**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                             **CRIMINAL ACTION NO. 4:08CR9-P-B**

**TOMMIE LEE SUGGS**

**ORDER**

This cause is before the Court on defendant's Motion for Continuance [18]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on March 17, 2008. In support of the motion, defense counsel avers that he has had insufficient time to review the discovery materials provided by the government and that he needs additional time to investigate, prepare necessary pretrial motions and to adequately prepare for trial. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from March 17, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant's Motion for Continuance [18] is GRANTED;

2. That the trial of this matter is continued until Monday, April 21, 2008 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 17, 2008 until April 21, 2008 is excluded as set out above;

4. That the deadline for filing pretrial motions is March 31, 2008;

5. That the deadline for submitting a plea agreement is April 7, 2008.

SO ORDERED, this the 4th day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE